ALDEN J. PARKER (SBN 196808)
NATALIE S. BUSTAMANTE (Bar No. 258724)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone:  (916) 925-5850
Facsimile:   (916) 925-5854

Attorneys for Defendant
GURU FOODS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE<br><br>             Plaintiff,<br><br>     v.<br><br>GURU FOODS, INC. dba DENNY'S #7661; GEOFFREY O. MAVIS, TRUSTEE of the GEOFFREY O. MAVIS TRUST DATED FEBRUARY 22, 1994 and ANY AMENDMENTS THERETO,<br><br>             Defendants. | Case No. 2:10-cv-01283 FCD-KJN<br><br>**ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT GURU FOODS, INC., TO RESPOND TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br><br>Trial Date:  None<br>Complaint Filed:  May 24, 2010 |

As stipulated by and between the parties to this action through their designated counsel, Defendant GURU FOODS, INC. is granted an extension until September 13, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

**IT IS SO ORDERED**, that Defendant GURU FOODS, INC.'s response to Plaintiff's Complaint will be due no later than September 13, 2010.

Date: September 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

Order for Extension of Time to File
Response to Plaintiff's Unverified Complaint                                          Case No. 2:10-cv-01283 FCD-KJN